modified affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; McAvoy and Martin, JJ., dissent and vote for reversal.

FIELDS HOLDING Co., INC., Appellant, v. CHANBROOK REALTY Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Finch, P. J., and O'Malley, J., dissent.

AERO-BOCKER CORPORATION and IRVING ROTHLEIN, Appellants, v. SAUL AXELROD, Respondent, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOE BARRY and Others, Appellants, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

NATIONAL GARY CORPORATION, Appellant, v. THOMAS P. PETERS, as Receiver of NORIDA PARFUMERIE, INC., Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MIRACLE GIRL COAT HOUSE, INC., Appellant, v. E-Z FOOTWEAR CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MIRACLE GIRL COAT HOUSE, INC., Appellant, v. E-Z FOOTWEAR CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

CONLEW, INC., Respondent, v. HERMAN GABBE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

330 BLEECKER STREET CORPORATION, Respondent, v. MUTUAL TILE CORPORATION, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.; Martin, J., dissents and votes for reversal.

In the Matter of the Application of WILLIS W. SMITH, Appellant, against SAMUEL LEVY, as President of the Borough of Manhattan, City of New York, Respondent.— Order modified by granting an alternative order of mandamus, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

OSCAR HOENIG, Respondent, v. WILLIAM WITZEL, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM STEVENS, Respondent, v. COMPAGNIE GENERALE TRANSATLANTIQUE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

MORRIS WORONOFF, Suing on Behalf of Himself and on Behalf of All Other Persons Being Stockholders of the Defendant SIXTH AVENUE BANCORPORATION, INC., Similarly Situated, Who May Choose to Come in and Make Themselves Parties to This Action, Respondent, v. SIXTH AVENUE BANCORPORATION, INC., and Others, Appellants, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.